1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
     Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
|---|---|
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Susan S. Benevy, et. al., vs. Pfizer, Inc.,. MDL No. 06-5902:* <u>Plaintiff Laverne Pittman and Marvin Pittman</u> | |

Come now the Plaintiffs, Laverne Pittman and Marvin Pittman, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Laverne Pittman and Marvin Pittman's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009        By: _____
                                    Jayne Conroy
                                    **HANLY CONROY BIERSTEIN**
                                    **SHERIDAN FISHER & HAYES LLP**
                                    112 Madison Avenue
                                    New York, New York 10016-7416
                                    (212) 784-6400
                                    (212) 784-6420 (Fax)
                                    Email: jconroy@hanlyconroy.com

                          -and-

                                    **SIMMONSCOOPER LLC**
                                    707 Berkshire Blvd.
                                    East Alton, IL 62024
                                    (618) 259-2222
                                    (618) 259-2251 (Fax)

                                    *Counsel for Plaintiff.*

Dated: ____March 11____, 2009       By: _____
                                    Michelle W. Sadowsky
                                    **DLA PIPER US LLP**
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    (212) 335-4625
                                    (212) 884-8675 (Fax)

                                    *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____March 30____, 2009       By: _____
                                    United States District Court